(04-CR-971-056(KTD))
CASE Number

7/24/2015

To whom it May Concern.

I am writing to you in regards of my Seal records I am asking for my records to be un Seal so I could appeal the decision for ineffective Councel.

2255 motion
07-CV-10417.

I am also asking for you to send me the correct motion that I have to submit to the Court to show my evidence of ineffective Councel. And which Court I have to address my issues. I also seek information how to Subpoena paper work from the Government to show proof that the Government witness was not truthful to the Judge And I was convicted base on Some of her lies.

Thanking you in advance.
Carlene Maxwell

I Pray for your help.
Please